*Andrew J. O'Keefe* and *Joseph M. Busher, Jr.,* in support of the petition.

*Kathryn A. Calibey,* in opposition.

Decided July 13, 2000

STATE OF CONNECTICUT *v.* DAVID WRIGHT

*Kirstin B. Coffin,* in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided July 13, 2000

HARTFORD INSURANCE COMPANY *v.* COLONIA
INSURANCE COMPANY

*Stuart G. Blackburn,* in support of the petition.

*Daniel P. Scapellati, Mark R. Cramer* and *Kathleen A. St. Onge,* in opposition.

Decided July 13, 2000

STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS